ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEREDNIKOV ALEXANDER,<br><br>                Plaintiff,<br><br>v.<br><br>USCIS, ET AL.,<br><br>                Defendants. | CASE NO. 2:25-CV-02502 CKD<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY ABEYANCE |

    Defendants respectfully request to hold this case in temporary abeyance through February 3, 2026, and pro se Plaintiff does not oppose.[1]  In this case, Plaintiff allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating his pending asylum application, which he filed in 2020.  USCIS has now scheduled plaintiff's asylum interview for October 6, 2025.  The parties anticipate that this lawsuit may be rendered moot once USCIS completes its adjudication of Plaintiff's application, which USCIS will endeavor to do so within 120 days of Plaintiff's successful completion of the interview.

///
///
///
///

---

[1] Counsel for Defendants conferred with pro per Plaintiff, Alexander Cherednikov, via the email address listed on the Complaint and he provided his consent to this stipulation on September 18, 2025.

The parties therefore stipulate that this matter be held in temporary abeyance through February 3, 2026. The parties further request that all other filing and case management deadlines, including any previously set scheduling conference, be similarly vacated.

Respectfully submitted,

Dated: September 18, 2025

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/CHEREDNIKOV ALEXANDER
CHEREDNIKOV ALEXANDER
Plaintiff in Pro Per

[PROPOSED] ORDER

It is so ordered. This case is held in temporary abeyance through February 3, 2026. All filing and case management deadlines are VACATED.

Dated: September 19, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.alex25cv2502.stip.abey

2